IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT SMITH,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DHARAWAT, et al. ,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-00118 JDP<br><br>~~[PROPOSED]~~ **ORDER** |

　　On August 8, 2024, Defendants Ma and Nnaji requested to extend the August 12, 2024 deadline to file a responsive pleading for thirty-days, up to and including September 11, 2024. (ECF No. 17.) Good cause appearing, the motion is **GRANTED**.

　　It is hereby **ORDERED** that Defendants Ma and Nnaji have up to and including September 11, 2024 to file a responsive pleading.

IT IS SO ORDERED.

Dated:　August 13, 2024　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1