IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT SMITH,** | Case No. 2:24-cv-00118 JDP |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **DHARAWAT, et al.,** | |
| Defendants. | |

On September 10, 2024, Defendant Nnaji requested to extend the deadline to file a responsive pleading up to fourteen-days after the District Court's final ruling on Defendant Ma's Motion to Dismiss. Good Cause appearing, the motion is **GRANTED**.

It is hereby **ORDERED** that Defendant Nnaji has up to fourteen-day after the District Court's final ruling on Defendant Ma's Motion to Dismiss.

IT IS SO ORDERED.

Dated: ___October 7, 2024___           _____
                                                               JEREMY D. PETERSON
                                                               UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:24-cv-00118 JDP)