IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT SMITH,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**DHARAWAT, et al.,**<br><br>                              Defendants. | Case No. 2:24-cv-00118 JDP (P)<br><br>~~[PROPOSED]~~ ORDER |

On October 29, 2025, Defendant Nnaji requested a one-day extension of time to serve his reply to Plaintiff's opposition to Defendant Nnaji's motion for summary judgment. Good cause appearing, Defendant Nnaji's motion, ECF No. 49, is GRANTED.

Defendant Nnaji's reply to Plaintiff's opposition to Defendant Nnaji's motion for summary judgment is deemed timely.

IT IS SO ORDERED.

Dated:   October 30, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:24-cv-00118 JDP (PC)