Fyi – MSJ filed by defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>RAMESH DHARAWAT, *et al.*,<br><br>   Defendants. | Case No.  2:24-cv-0118-JDP (P)<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to defendants' Chien and Dharawat September 5, 2025 motion for summary judgment, ECF No. 42.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time, ECF No. 51, is GRANTED; and

   2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:    November 13, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1