UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SMITH, | Case No. 2:24-cv-0118-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| RAMESH DHARAWAT, *et al*., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an opposition to defendants' Chien and Dharawat September 5, 2025 motion for summary judgment, ECF No. 42.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 54, is GRANTED; and

    2. Plaintiff is granted ten days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated:   December 29, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1