UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS SMITH, | Case No.  2:24-cv-0118-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| RAMESH DHARAWAT, *et al*., | |
| Defendants. | |

On June 1, 2026, I entered findings and recommendations that defendants' motions for summary judgment be granted.  ECF No. 60.  On June 16, 2026, plaintiff filed a motion seeking an extension of time to file objections.  ECF No. 61.  Then, on June 23, 2026, he submitted his objections to my recommendations.  ECF No. 62.

It is ORDERED that:

1.      Plaintiff's motion for extension of time, ECF No. 61, is GRANTED, and his objections filed June 23, 2026, ECF No. 62, are deemed timely filed.

2.      Plaintiff's request for settlement conference, ECF No. 63, is DENIED based on defendants' opposition to such a conference, ECF No. 65.

1

IT IS SO ORDERED.


Dated:    July 9, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE